STATE OF NEW JERSEY (BOROUGH OF HARRINGTON PARK)
v. ARNOLD P. FEROLITO.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT HOWERTON, JR.

June 24, 1980.

Petition for certification denied.

IN THE MATTER OF STANLEY NOCHENSON, DECEASED.

June 24, 1980.

Petition for certification granted.

ALAN W. WEBB v. GEORGE A. MARTIN.

June 24, 1980.

Petition for certification denied.